

FILED

DEC 20 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

_____
DEPUTY CLERK

PHILLIP A. TALBERT
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>ANTHONY LAZZARINO, and<br>PETER WONG,<br><br>           Defendants. | CASE NO. 2:16-CR-00237 TLN<br><br>REQUEST TO WITHDRAW ARREST WARRANTS AND TO ISSUE A NOTICE OF APPEARANCE; [~~PROPOSED~~] ORDER |

TO THE HONORABLE DEBORAH L. BARNES:

On December 15, 2016, the Grand Jury returned an eleven-count indictment charging defendants Anthony Lazzarino and Peter Wong with violations of 18 U.S.C. §§ 1347 and 371. Arrest warrants were issued for both defendants. The United States has subsequently been informed that both defendants will voluntarily appear in Sacramento tomorrow in order to make their initial appearances and be arraigned on the Indictment.

Accordingly, based on this information, the United States hereby respectfully requests that the arrest warrants issued for Anthony Lazzarino and Peter Wong in this case be recalled immediately and that a notice to appear be issued forthwith commanding the appearance of Anthony Lazzarino and Peter Wong for arraignment on Tuesday, December 20, 2016 at 2:00 p.m. before this Honorable Court.

REQUEST TO WITHDRAW WARRANTS; [PROPOSED]

Respectfully submitted,

Dated: December 19, 2016

PHILLIP A. TALBERT
United States Attorney

By: */s/ Matthew M. Yelovich*
MATTHEW M. YELOVICH
Assistant United States Attorney

## ORDER

For the reasons stated above, and good cause showing, the Court hereby ORDERS that the arrest warrants for Anthony Lazzarino and Peter Wong are RECALLED IMMEDIATELY and that a notice to appear shall BE ISSUED FORTHWITH ordering Anthony Lazzarino and Peter Wong to appear for arraignment on the Indictment on December 20, 2016, at 2:00 p.m., before this Court.

IT IS SO ORDERED.

Dated: Dec. 20, 2016

By: _____
HON. DEBORAH L. BARNES
United States Magistrate Judge

REQUEST TO WITHDRAW WARRANTS; [PROPOSED]