Malcolm Segal (SBN 075481)
Emily E. Doringer (SBN 208727)
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone:  (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com
edoringer@segal-pc.com

Attorneys for Defendant
ANTHONY LAZZARINO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:16-CR-0237 JAM |
| Plaintiff, | |
| v. | **DEFENDANT'S WAIVER OF APPEARANCE** |
| ANTHONY LAZZARINO, and PETER WONG, | |
| Defendant. | |

Defendant, Anthony Lazzarino, hereby waives his right to be present in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon

1

DEFENDANT'S WAIVER OF APPEARANCE

1 | arraignment, plea, trial confirmation, empaneling of jury, or imposition of

2 | sentence.  Defendant hereby requests the Court to proceed during his every

3 | absence that the Court may permit pursuant to this waiver; and agrees that his

4 | interests will be deemed represented at all times by the presence of his attorney,

5 | the same as if defendant were personally present; and further agrees to be

6 | present in person in court ready for trial on any date that the Court may fix in his

7 | absence.

8 |

9 | Dated:  December ___, 2016

10 |
11 | /s/ ANTHONY LAZZARINO__
ANTHONY LAZZARINO

12 |

13 | Dated:  December ___, 2016          **SEGAL & ASSOCAITES, PC**

14 |

15 | By:    /s/ MALCOLM S. SEGAL
16 | MALCOLM S. SEGAL
Attorneys for Defendant
17 | ANTHONY LAZZARINO

18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

DEFENDANT'S WAIVER OF APPEARANCE

1   SO ORDERED.

2   December 22, 2016.

3

4

5                               **/s/ JOHN A. MENDEZ**
                                JOHN A. MENDEZ
6                               UNITED STATES DISTRICT COURT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT'S WAIVER OF APPEARANCE