Thomas A. Johnson, #119203
Kristy M. Kellogg, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>ANTHONY LAZZARINO, and<br>PETER WONG,<br><br>    Defendants. | Case No.: 2:16-cr-00237-JAM<br><br>STIPULATION AND ORDER FOR<br>CONTINUANCE OF STATUS<br>CONFERENCE<br><br>Date: June 27, 2017<br>Time: 9:15 a.m.<br>Judge: Hon. John A. Mendez |

## **STIPULATION AND ORDER**

The United States of America through its undersigned counsel, Matthew Yelovich, Assistant United States Attorney, together with Thomas A. Johnson, counsel for Peter Wong, and Malcolm S. Segal, counsel for Anthony Lazzarino, hereby stipulate the following:

1. By previous order, this matter was set for Status Conference on April 18, 2017.
2. By this stipulation, Defendants now move to continue the Status Conference to June 27, 2017, at 9:15 a.m. and to exclude time between April 18, 2017, and June 27, 2017, under the Local Code T-4 (to allow defense counsel time to prepare).
3. The parties agree and stipulate, and request the Court find the following:
   a. A continuance is requested because all counsel for the defendants need additional time to review the discovery, conduct investigation, and discuss potential resolutions.

1

b. Counsel for defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.
   c. The Government does not object to the continuance.
   d. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.
   e. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A), within which trial must commence, the time period of April 18, 2017, to June 27, 2017, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.
4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED:   April 12, 2017                    LAW OFFICE OF THOMAS A. JOHNSON

                                           /s/ Thomas A. Johnson
                                           THOMAS A. JOHNSON
                                           Attorney for Peter Wong

| | | |
|---|---|---|
| DATED: April 12, 2017 | | PHILLIP A. TALBERT<br>United States Attorney |
| | | /s/ Matthew Yelovich<br>MATTHEW YELOVICH<br>Assistant U.S. Attorney |
| DATED: April 12, 2017 | | SEGAL & ASSOCIATES, PC |
| | | /s/ Malcolm Segal<br>MALCOLM SEGAL<br>Attorney for Anthony Lazzarino |

**ORDER**

It is so ordered.

Dated: 4/12/2017

/s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Court Judge