PHILLIP A. TALBERT
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY LAZZARINO, and <br> PETER WONG, <br><br> Defendant. | CASE NO. 2:16-CR-000237 JAM <br><br> STIPULATION REGARDING TRIAL DATES AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER <br><br> DATE: August 29, 2017 <br> TIME: 9:15 a.m. <br> COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 29, 2017.

2. By this stipulation, the parties now jointly move to (1) vacate the August 29, 2017 status conference, (2) set a trial date of September 24, 2018, (3) set a status conference on April 24, 2018, for scheduling of pretrial motions, (4) set a trial confirmation hearing on July 31, 2018, and (5) exclude time between August 29, 2017, and September 24, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The discovery associated with this case includes investigative reports and related documents, voluminous medical, business, and financial records, email communications, recordings, and other evidence gathered in the course of a multi-year fraud investigation. In

total, the discovery to date numbers in the thousands of pages and multiple gigabytes of email communications and recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. In addition, several boxes of hard copy files have been made available for inspection and copying at agency offices in Sacramento. Finally, additional items will continue to be produced to defendants as the government continues to investigate this case through trial.

b) The parties believe that setting a trial date in this matter is appropriate at this time.

c) Counsel for the defendants desire additional time to investigate the case, discuss potential pre-trial motions with their respective clients, conduct additional legal and factual research in preparation for trial, and review and analyze the voluminous discovery in this matter. Given the large number of documents in this case and the nature of the charges, defense counsel believe that an exclusion of time through the first day of trial is justified by their need to prepare adequately for trial.

d) Counsel for the defendants believe that failure to grant the above-requested exclusion of time under the Speedy Trial Act would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government joins in the request.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 29, 2017 to September 24, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. In order to conserve judicial resources, the parties further request a status conference on April 24, 2018, to establish a motions schedule for any pretrial motions (other than motions in limine)

well in advance of the trial confirmation hearing.

5. Finally, the parties request that this Court set a trial confirmation hearing for July 31, 2018.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence. For example, the filing of pretrial motions may independently exclude time in this case prior to their prompt disposition, per Local Code E.

IT IS SO STIPULATED.

Dated: August 14, 2017    PHILLIP A. TALBERT
United States Attorney

/s/ MATTHEW M. YELOVICH
MATTHEW M. YELOVICH
Assistant United States Attorney

Dated: August 14, 2017    /s/ THOMAS A. JOHNSON
THOMAS A. JOHNSON
Counsel for Defendant
PETER WONG

Dated: August 14, 2017    /s/ MALCOLM S. SEGAL
MALCOLM S. SEGAL
Counsel for Defendant
ANTHONY LAZZARINO

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 15th day of August, 2017.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE