Malcolm Segal (SBN 075481)
Rebecca L. Ferguson (SBN 307170)
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA 95814
Telephone: (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com
rferguson@segal-pc.com

Attorneys for Defendant
ANTHONY LAZZARINO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY LAZZARINO, and PETER WONG,<br><br>Defendant. | Case No: 2:16-CR-0237 JAM<br><br>**ORDER GRANTING REQUEST TO SEAL DOCUMENTS** |

Good cause appearing, IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel of Record for Defendant Anthony Lazzarino and the Declaration of Malcolm Segal in Support of his Motion to Withdraw in the above-captioned case is to be SEALED until further order of this Court.

DATED: May 21, 2018.

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

1