1  **LAW OFFICE OF JOHNNY L. GRIFFIN III**
   **JOHNNY L. GRIFFIN, III (SBN: 118694)**
2  1010 F STREET, SUITE 200
   SACRAMENTO, CA 95814
3  Telephone: (916) 444-5557
   Facsimile: (916)444-5558
4
   Attorney for Defendant
5  **ANTHONY LAZZARINO**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00237-JAM |
|---|---|
| Plaintiff, | **STIPULATION CONTINUING STATUS CONFERENCE; ORDER** |
| v. | DATE: October 16, 2018 |
| ANTHONY LAZZARINO AND PETER WONG, | TIME: 9:15 a.m. |
| | COURT: Hon. John A. Mendez |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. The parties have a trial date currently set for April 15, 2019, with time already excluded under the Speedy Trial Act through that date for defense preparation.

2. By previous order, this matter was set for status conference on October 16, 2018.

3. By this stipulation, the parties now jointly move to continue that status conference to January 8, 2019 at 9:15 a.m.

///

///

///

IT IS SO STIPULATED.

Dated: October 11, 2018					MCGREGOR W. SCOTT
							United States Attorney


							/s/ Matthew M. Yelovich
							MATTHEW M. YELOVICH
							Assistant United States Attorney


Dated: October 11, 2018					/s/ Johnny L. Griffin, III
							JOHNNY L. GRIFFIN, III
							Counsel for Defendant
							Anthony Lazzarino


Dated: October 11, 2018					/s/ Thomas A. Johnson
							THOMAS A. JOHNSON
							Counsel for Defendant
							Peter Wong


## ORDER

IT IS SO ORDERED this 11th day of October, 2018


							/s/ John A. Mendez
							THE HONORABLE JOHN A. MENDEZ
							UNITED STATES DISTRICT COURT JUDGE