THOMAS A. JOHNSON, #119203
KRISTY M. HORTON, #271250
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-00237-JAM |
| Plaintiff, | SEALING ORDER |
| v. | |
| ANTHONY LAZZARINO, and PETER WONG, | |
| Defendants. | |

**ORDER**

Upon the request of defense counsel for Defendant, Peter Wong, and good cause having been shown, IT IS HEREBY ORDERED THAT the Declaration of Thomas A. Johnson regarding the court appearance on January 8, 2019, be sealed.

The Court finds that sealing of this matter serves compelling interests served by secrecy, that in the absence of sealing those compelling interests would be harmed, and that there are no alternatives to sealing that would adequately protect those compelling interests. See Oregonian Publ'g Co. v. United States District Court, 920 F.2d 1462, 1466 (9th Cir. 1990); Douglas Oil Co. v. Petrol Stops Northwest, 441 U.S. 211, 218 (1979); United States v. Dynavac, Inc., 6 F.3d 1407, 1411 (9th Cir. 1993).

IT IS SO FOUND AND ORDERED this 10th day of January, 2019

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT

1