**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III (SBN 118694)**
1010 F Street, Suite 200
Sacramento, California 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
**ANTHONY LAZZARINO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:16-CR-00237-JAM |
|---|---|
| Plaintiff, | **CORRECTED ORDER** |
| v. | |
| ANTHONY LAZZARINO, | |
| Defendant. | |

## CORRECTED ORDER[1]

Good cause appearing, Defendant Anthony Lazzarino's voluntary surrender date shall be extended and he shall surrender to the institution designated by the Bureau of Prisons, or if no such institution has been designated, to the United States Marshal in Sacramento, California before 2:00 p.m. on January 22, 2021.

IT IS SO ORDERED.

Dated:  9/14/2020                              /s/ John A. Mendez_____
                                                                JOHN A. MENDEZ
                                                                UNITED STATES DISTRICT COURT JUDGE

---

[1] The original proposed order (ECF Document #222) stated a surrender date of January 22, 2020. This was inadvertent error by counsel. The correct surrender date is January 22, 2021.

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200; Sacramento, CA 95814
(916) 444-5557
www.johnnygriffinlaw.com

1