PHILLIP A. TALBERT
United States Attorney
LEE S. BICKLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00237-JAM |
|---|---|
| Plaintiff, | ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME |
| v. | |
| ANTHONY LAZZARINO, | |
| Defendant. | |

On October 3, 2022, the Government requested an extension of time to October 26, 2022, to file its response to the defendant's compassionate release motion. Docket No. 261.

IT IS HEREBY ORDERED that the Government's request for an extension is granted. The Government's response is now due October 26, 2022. Defendant's Reply is now due November 2, 2022.

DATED: October 3, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

1