HEATHER E. WILLIAMS, #122664
Federal Defender
ANN C. McCLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700
Attorney for Defendant-Movant
ANTHONY LAZZARINO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY LAZZARINO,<br><br>Defendant. | CASE NO. 2:16-CR-00237-JAM<br><br>**ORDER GRANTING EXTENSION OF TIME FOR REPLY** |

On the basis of the foregoing unopposed motion, the Court finds good cause to extend the time for the filing of a Reply to the government's response from the original due date of December 2, 2022, to January 23, 2023.

Dated:  December 1, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE