HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ANTHONY LAZZARINO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY LAZZARINO,<br><br>Defendant. | No. 2:16-cr-00237-JAM<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE CRIMINAL HISTORY REDUCTION CASE<br><br>Judge: The Honorable JOHN A. MENDEZ |

Defendant, ANTHONY LAZZARINO, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Shelley D. Weger, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o), after taking into account the policy statements set forth in USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable;

2. The United States Sentencing Commission recently amended the Sentencing Guidelines to include what now appears in USSG § 4C1.1 ("zero-point provision"). *See* Amendment 821, Part B, Subpart 1. The zero-point provision provides a 2-offense-level

reduction for certain offenders who present zero criminal history points and satisfy the criteria listed in USSG § 4C1.1(a).  The United States Sentencing Commission made the zero-point provision retroactive beginning February 1, 2024.  *See* USSG § 1B1.10(e)(2) (Nov. 1, 2023); 88 Fed. Reg. 60534;

3. On March 3, 2020, this Court sentenced Mr. Lazzarino to a term of 78 months imprisonment as to Counts 5-9 and 60 months as to Count 11 to run concurrent with each other, for a total term of 78 months;

4. Mr. Lazzarino's total offense level was 28, his criminal history category was I (based on him having no criminal history points), and the resulting guideline range was 78 to 97 months;

5. The sentencing range applicable to Mr. Lazzarino was subsequently lowered by the zero-point provision;

6. Mr. Lazzarino is eligible for a reduction in sentence, which reduces his total offense level by 2 from 28 to 26, resulting in an amended advisory guideline range of 63 to 78 for Counts 5-9;

7. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Lazzarino's term of imprisonment to 63 months as to Counts 5-9 and 60 months as to Count 11 to run concurrent with each other, for a total term of 63 months, effective February 1, 2024.

Respectfully submitted,

Dated:  January 11, 2024

PHILLIP A. TALBERT
United States Attorney

 /s/ *Shelley D. Weger*
SHELLEY D. WEGER
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:  January 11, 2024

HEATHER E. WILLIAMS
Federal Defender

 /s/ *David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

Attorney for Defendant
ANTHONY LAZZARINO

# ORDER

This matter came before the Court on the stipulated motion of the parties for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Lazzarino is entitled to the benefit of Amendment 821, Part B, Subpart 1, the new zero-point provision, which reduces the total offense level from 28 to 26, resulting in an amended guideline range of 63 to 78.

IT IS HEREBY ORDERED that the term of imprisonment imposed in March of 2020 is **REDUCED** to a term of **63 months as to Counts 5-9 and 60 months as to Count 11 to run concurrent with each other for a total term of 63 months, effective February 1, 2024**.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Lazzarino shall report to the United States Probation Office within seventy-two hours after his release.

Dated: January 17, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE