AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:16-cr-00237-JAM   Document 283   Filed 01/17/24   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br>ANTHONY LAZZARINO<br><br>Date of Original Judgment: 03/06/2020<br>Date of Previous Amended Judgment: N/A<br>*(Use Date of Last Amended Judgment if Any)* | Case No: 2:16-cr-00237-JAM<br><br>USM No: 84590-380<br><br>David M. Porter, Assistant Federal Defender<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **78 months as to Counts 5-9 and 60 months as to Count 11 to run concurrent to each other for a total term of 78 months.** months **is reduced to** **63 months as to Counts 5-9 and 60 months as to Count 11 to run concurrent with each other for a total term of 63 months, effective February 1, 2024.**

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   03/06/2020   shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 01/17/2024

/s/ John A. Mendez
*Judge's signature*

Effective Date: 02/01/2024

Senior District Judge John A. Mendez